IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW CHRISTIAN MILISITS,<br><br>  Petitioner,<br><br>v.<br><br>ROBERT MARSH and ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br><br>  Respondents. | Civil Action No. 2:20-cv-01452<br><br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

The petition filed by the individual identified above has been received without a filing fee or the forms required to proceed *in forma pauperis* in a habeas corpus case. This action may not proceed unless the Petitioner either,

1)  tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

2)  files a properly completed application to proceed *in forma pauperis*, along with an authorization form and a certified copy of the account statement for the six (6) months preceding the filing of the petition.

Therefore,

**IT IS ORDERED** this 29th day of September, 2020, that the Clerk of Court is to mark this case **CLOSED**.

**IT IS FURTHER ORDERED** that the Petitioner may reopen the case by paying the $5.00 filing fee or submitting a motion to proceed *in forma pauperis* and a certified copy of the

account statement for the six (6) months preceding the filing of the petition within 30 days from the date of this order.

**IT IS FURTHER ORDERED** that the parties are allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules.  Failure to appeal within fourteen (14) days will constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Matthew Christian Milisits
LW-9325
SCI Benner Township
301 Institution Drive
Bellefonte, PA  16823